IN THE UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF FLORIDA

(Gainesville Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 1:08CR10-003 |
| | ) | |
| MINERVA QUINTANA | ) | |

## ORDER

This matter is before the Court on a request by the U.S. Probation Office to modify the conditions of the defendant's pretrial release supervision. The defendant's travel is restricted to the Northern District of Florida. On April 29, 2008, agents from the DEA confiscated all of the defendant's vehicles, therefore the defendant has no means of transportation. Additionally, Lis Pendins were placed on the defendant's property and her bank accounts. Ms. Quintana does not have a support system in the Alachua County, Florida area. She has made arrangements to reside with her son and daughter-in-law, Manual and Keyna Guara, who reside at 12905 Joelle Road NE, Albuquerque, New Mexico. The U. S. Probation Office is requesting that the defendant's conditions of release be modified to allow her to travel to and reside in the District of New Mexico.

After considering the matter, the Court grants the motion to modify the defendant's release conditions to allow her to travel to and reside in the District of New Mexico, pending disposition of this case.

**DONE AND ORDERED** this 30th day of April, 2008.

*Maurice M. Paul*

HONORABLE MAURICE M. PAUL
SENIOR U.S. DISTRICT JUDGE

*April 30, 2008*

DATE