PS 42
(8/96 ND/FL)

# United States District Court

## Northern District of Florida

| United States of America | ) |
| vs | ) |
| Minerva Quintana | ) |

Case No. 1:08CR10 *JPM*

RECEIVED
U.S. PROBATION OFFICE
GAINESVILLE, FL
2008 MAY 15 PM 1:52

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Minerva Quintana, have discussed with Beverly Stiefvater, U.S. Probation Officer, modification of my release as follows:

Add the following condition:

"The defendant will participate in a mental health assessment/counseling if deemed advisable by the probation/pretrial services officer."

I consent to this modification of my release conditions and agree to abide by this modification.

_M Quintana_    5-6-08         _[signature]_         5/6/08
Signature of Defendant    Date    U.S. Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_         6·11·08
Signature of Defense Counsel    Date

_[signature]_         5-30-08
Signature of Assistant U.S. Attorney    Date

[X] The above modification of conditions of release is ordered, to be effective on 6-11-08

[ ] The above modification of conditions of release is not ordered.

_[signature]_         6-11-08
Signature of Judicial Officer    Date

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST FLA
GAINESVILLE, FL

2008 JUN 11  PM