# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.   CASE NO. 1:08CR10-SPM/AK

**MINERVA QUIINTANA,**

   Defendants.

_____/

## O R D E R

Presently before the Court is the Government's Motion to Recall Warrant issued for the Third Superseding Indictment. (Doc. 198). The Court has before it a Waiver of Appearance for the arraignment preceding and a plea of not guilty to the charges included therein. (Doc. 199). Consequently, the warrant is unnecessary, the motion (doc. 198) is **GRANTED**, and the warrant is hereby **QUASHED**.

**DONE AND ORDERED** this  **4th** day of February, 2009.

   *s/ A. KORNBLUM*
   **ALLAN KORNBLUM**
   **UNITED STATES MAGISTRATE JUDGE**