IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr10-SPM

MINERVA AGATHA QUINTANA,
      Defendant.
_____/

## ORDER DENYING MOTION TO SEVER

This cause comes before the Court on the Defendant Quintana's Motion to Sever (doc. 309). In its response (doc. 316), the Government indicates that it will not elicit from witness Willie Green any incriminating statements that co-defendant Erickson made about Quintana. Thus severance on Bruton[1] grounds is not warranted. See United States v. Jonas, 786 F.2d 1019, 1022 (11th Cir. 1986) (evidence can be tailored to avoid Bruton problem). Accordingly, it is

ORDERED AND ADJUDGED: the motion to sever (doc. 309) is denied.

DONE AND ORDERED this 30th day of May, 2009.

               *s/ Stephan P. Mickle*
               Stephan P. Mickle
               United States District Judge

---

[1] Bruton v. United States, 391 U.S. 123, 135-36 (1968) (confrontation clause violated when the confession of one defendant implicating a co-defendant is introduced at trial, and the confessing defendant is not subject to cross-examination).