IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


UNITED STATES OF AMERICA

vs.

CASE NO. 1:08cr10 SPM

<u>MINVERA AGATHA QUINTANA</u> /


JUDGMENT OF ACQUITTAL

The Defendant was found not guilty as charged in the Indictment.

IT IS ORDERED that the Defendant is acquitted and hereby discharged.  The

bond is exonerated.


DONE AND ORDERED this 4th day of June, 2009, nunc pro tunc June 3, 2009.


_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge