IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.

<u>MINVERA AGATHA QUINTANA</u> /

CASE NO. 1:08cr10 SPM

## JUDGMENT OF ACQUITTAL

The Defendant was found not guilty as charged in the Indictment.

IT IS ORDERED that the Defendant is acquitted and hereby discharged. The bond is exonerated.

DONE AND ORDERED this 4th day of June, 2009, nunc pro tunc June 3, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge